**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 12-cr-00519-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CARLOS ALBERTO LOPEZ,

    Defendant.

**NOTICE OF ENTRY OF APPEARANCE**

    The undersigned counsel, Special Assistant United States Attorney Daniel E. Burrows, enters his appearance as counsel for the United States in the above-captioned action.

    DATED this 24th day of September, 2014.

                                JOHN F. WALSH
                                United States Attorney

                By:    *s/ Daniel E. Burrows*
                          DANIEL E. BURROWS
                          Special Assistant U.S. Attorney
                          1225 17th St.
                          Suite 700
                          Denver, Colorado 80202
                          Telephone: (303) 454-0100
                          Fax: (303) 454-0409
                          E-mail: daniel.burrows@usdoj.gov
                          Attorney for the Government

## CERTIFICATE OF SERVICE

   I hereby certify that on this 24th day of September, 2014, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                 *s/Michelle Trujillo*
                 MICHELLE TRUJILLO
                 Legal Assistant
                 U.S. Attorney's Office
                 1225 17th Street, Suite 700
                 Denver, CO 80202
                 Telephone: (303) 454-0100
                 FAX: (303) 454-0409
                 E-mail: Michelle.Trujillo@usdoj.gov