IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00519-MSK

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  CARLOS ALBERTO LOPEZ,

Defendant.

___

### ENTRY OF APPEARANCE OF COUNSEL
___

To:     The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 15th day of June, 2020.

                JASON R. DUNN
                United States Attorney

                s/Martha Paluch
                MARTHA PALUCH
                Assistant United States Attorney
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: 303-454-0100
                Fax: 303-454-0401
                Email: martha.paluch@usdoj.gov