IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00519-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CARLOS ALBERT LOPEZ,

    Defendant.

## Motion to Withdraw

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files its Motion to Withdraw DANIEL E. BURROWS as counsel of record and requests termination of electronic service. As grounds for this motion, the government states that DANIEL E. BURROWS is no longer employed as an Assistant United States Attorney for the District of Colorado. AUSA MARTHA PALUCH is lead counsel of record in this case and is receiving electronic notice.

Wherefore, DANIEL E. BURROWS is no longer representing the United States in

//

//

//

//

this matter, and the Government respectfully requests that electronic notice to former AUSA DANIEL E. BURROWS be terminated.

    Respectfully submitted this 22nd day of February, 2021

                    JASON R. DUNN
                    United States Attorney

                    By: *s/ JD Rowell*
                    JD Rowell
                    Assistant United States Attorney
                    1801 California Street, Suite 1600
                    Denver, Colorado 80202
                    Telephone: (303) 454-0100
                    Facsimile: (303) 520-2551
                    E-mail: jd.rowell@usdoj.gov
                    Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2021, I electronically filed the foregoing MOTION TO WITHDRAW ASSISTANT U.S. ATTORNEY DANIEL E. BURROWS with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

                                                *s/Stephanie Price*
                                                Stephanie Price
                                                Legal Assistant